**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1846**

In re:  MOHAMMED NASSER JILANI,

Petitioner.

**No. 17-2057**

In re:  MOHAMMED NASSER JILANI,

Petitioner.

On Review of Petitions for Writ of Habeas Corpus

Submitted:  November 16, 2017                    Decided:  November 20, 2017

Before GREGORY, Chief Judge, and TRAXLER, and KEENAN, Circuit Judges.

Petitions dismissed by unpublished per curiam opinion.

Mohammed Nasser Jilani, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Mohammed N. Jilani petitions for writs of habeas corpus, seeking release from jail and dismissal of two indictments issued in Wake County, North Carolina. This court ordinarily declines to entertain original habeas corpus petitions, 18 U.S.C. § 2241 (2012), and these cases present no reason to depart from this practice. Further, we find that the interests of justice would not be served by transferring these cases to the appropriate district court. Accordingly, we deny leave to proceed in forma pauperis and dismiss the petitions. The motions for appointment of counsel, for bail, for evidentiary hearing, and for bail are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DISMISSED*